UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

FILED
U. S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

AUG 12 2020

BY
DEPUTY

ANDRE DAVIS #11189-078

9:20cv179 RC/KFG

V.

UNITED STATES OF AMERICA

MOTION FOR RECOMMENDATION

TO THE HONORABLE JUDGE THAD HEARTFIELD. SIR, I AM SEEKING A RECOMMENDATION TO RECEIVE TIME CREDIT FOR TIME I DID IN TEXAS DEPARTMENT OF CORRECTION ON A CASE RELATED TO THE FEDERAL SENTENCE I AM NOW DOING. AT SENTENCING IT WAS SILENT CONCERNING THIS RELEVANT CONDUCT. I SUBMITTED A REQUEST FOR NUNC PRO TUNC WITH THE BUREAU OF PRISONS ON FEBRUARY 26, 2020. NO ACTION HAS BEEN TAKEN. SEE ATTACHED. YOUR HELP IN THIS MATTER IS GREATLY APPRECIATED.

SINCERELY,

ANDRE' DAVIS #11189-078

AUGUST 4, 2020



# Individualized Needs Plan - Program Review (File copy)

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: DAVIS, ANDRE 11189-078

SEQUENCE: 01608825
Team Date: 06-23-2020

Facility: FAI FAIRTON FCI
Name: DAVIS, ANDRE
Register No.: 11189-078
Age: 57
Date of Birth: 1963
Proj. Rel. Date: 08-21-2023
Proj. Rel. Method: GCT REL

DNA Status: BSY02166 / 06-07-2011
CIMS Status: YES
CIMS Reconciled: N/A

## Contact Information

**Release contact & address**
Michan Davis, ADULT DAUGHTER
79 Hamilton Place Apt#6, New York, NY 10031 US
phone (home) : 646-533-9450

**Emergency contact #1**
Michan Davis, ADULT DAUGHTER
79 Hamilton Place #6, New York, NY 10031 US
phone (mobile) : 646-533-9450

**Inmate is subject to 18 U.S.C. 4042(B) Notification:** No

**Inmate is subject to 18 U.S.C. 4042(C) Notification and Registration:** N/A

## Offense Sentences

| Charge | Terms In Effect |
|---|---|
| 18:922(E)(1) FELON IN POSSESSION OF A FIREARM; CT1. | 188 MONTHS |

## Detainers

| Detaining Agency | Remarks |
|---|---|
| *NO DETAINER* | |

## Current CMA Assignments

| Assignment | Description | Start |
|---|---|---|
| BIR CERT N | BIRTH CERTIFICATE - NO | 07-28-2017 |
| CFSR | CERT FOOD SINCERITY REMOVAL | 07-29-2011 |
| DEPEND N | DEPENDENTS UNDER 21 - NO | 02-18-2017 |
| PHOTO ID N | PHOTO ID - NO | 02-18-2017 |
| RPP NEEDS | RELEASE PREP PGM NEEDS | 08-30-2010 |
| SSN CARD N | SOCIAL SECURITY CARD - NO | 07-28-2017 |
| VET P/S N | PARENT/SPOUSE VETERAN - NO | 02-18-2017 |
| VETERAN N | VETERAN - NO | 02-18-2017 |
| V94 COA913 | V94 CURR OTHER ON/AFTER 91394 | 06-09-2010 |
| WA NO HIST | NO WALSH ACT OFFENSE HISTORY | 04-22-2010 |

## Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| FAI | MH-COMP | MENTAL HEALTH COMPANION | 06-29-2018 |
| FAI | UNICOR | UNICOR | 09-02-2019 |

## Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| FAI | ESL HAS | ENGLISH PROFICIENT | 07-01-2010 |
| FAI | GED HAS | COMPLETED GED OR HS DIPLOMA | 07-01-2010 |

## Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| FAI | C | NUMBERS & OPERATIONS ACE | 05-26-2020 | 06-04-2020 |
| FAI | C | ADVANCED LEATHER CLASS | 03-02-2019 | 03-30-2019 |
| FAI | C | OFFICE MANAGEMENT APPRENTICE | 08-09-2016 | 01-25-2018 |
| FAI | C | SERVE SAFE FOOD PROTECTION | 12-20-2016 | 04-14-2017 |
| FAI | C | PARENTING | 04-23-2016 | 05-28-2016 |
| FAI | C | BEGINNING LEATHER | 01-15-2015 | 03-06-2015 |
| FAI | C | INTERVIEWING TECHNIQUES | 07-27-2011 | 07-27-2011 |
| BSY | C | STOP THE VIOLENCE;MON;7:40AM | 07-14-2010 | 08-19-2010 |



## Individualized Needs Plan - Program Review (File copy)

SEQUENCE: 01608825

Dept. of Justice / Federal Bureau of Prisons

Team Date: 06-23-2020

Plan is for inmate: DAVIS, ANDRE 11189-078

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| BSY | C | ELL ORIENTATION | 06-10-2010 | 06-10-2010 |

**Discipline History (Last 6 months)**

| Hearing Date | Prohibited Acts |
|---|---|

*** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS ***

**ARS Assignments**

| Facl | Assignment | Reason | Start | Stop |
|---|---|---|---|---|
| FAI | A-DES | OTHER AUTH ABSENCE RETURN | 04-10-2017 | CURRENT |
| FAI | A-DES | OTHER AUTH ABSENCE RETURN | 01-23-2017 | 04-10-2017 |
| FAI | A-DES | OTHER AUTH ABSENCE RETURN | 12-27-2016 | 01-23-2017 |
| FAI | A-DES | OTHER AUTH ABSENCE RETURN | 09-01-2016 | 12-27-2016 |
| FAI | A-DES | OTHER AUTH ABSENCE RETURN | 04-01-2016 | 09-01-2016 |
| FAI | A-DES | OTHER AUTH ABSENCE RETURN | 02-19-2016 | 04-01-2016 |
| FAI | A-DES | OTHER AUTH ABSENCE RETURN | 02-01-2016 | 02-19-2016 |
| FAI | A-DES | OTHER AUTH ABSENCE RETURN | 01-29-2016 | 02-01-2016 |
| FAI | A-DES | OTHER AUTH ABSENCE RETURN | 01-28-2016 | 01-29-2016 |
| FAI | A-DES | TRANSFER RECEIVED | 07-26-2011 | 01-28-2016 |
| BSY | A-DES | US DISTRICT COURT COMMITMENT | 05-24-2010 | 07-21-2011 |

**Current Care Assignments**

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 07-26-2011 |
| CARE1-MH | CARE1-MENTAL HEALTH | 07-07-2010 |

**Current Medical Duty Status Assignments**

| Assignment | Description | Start |
|---|---|---|
| ATH RESTR | NO SPORTS/NO WEIGHT LIFTING | 08-02-2011 |
| NO PAPER | NO PAPER MEDICAL RECORD | 05-27-2010 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 05-26-2010 |
| YES F/S | CLEARED FOR FOOD SERVICE | 11-26-2014 |

**Current PTP Assignments**

| Assignment | Description | Start |
|---|---|---|

*NO ASSIGNMENTS*

**Current Drug Assignments**

| Assignment | Description | Start |
|---|---|---|
| ED NONE | DRUG EDUCATION NONE | 06-14-2010 |
| NR WAIT | NRES DRUG TMT WAITING | 07-29-2019 |

**FRP Details**

Most Recent Payment Plan

*** NO FRP DETAILS ***

**Progress since last review**

Inmate Davis is currently on lockdown status due to the pandemic. He has maintained clear conduct and interacts appropriately with staff and other inmates.

**Next Program Review Goals**

Maintain clear conduct and read at least 2 books by next review.

**Long Term Goals**

Save at least $500 to assist with transition back into the community and complete the institutional pre-release class.

**RRC/HC Placement**

**Comments**

Judicial Recommendations: No.



**Individualized Needs Plan - Program Review (File copy)**

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: DAVIS, ANDRE 11189-078

SEQUENCE: 01608825

Team Date: 06-23-2020

| Relocation request sent to the Eastern District of NY. No response as of 08/10/2018. Relocation request will be reviewed closer to release date (as of PO from EDNY) |
|---|



**Individualized Needs Plan - Program Review (File copy)**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: DAVIS, ANDRE 11189-078

SEQUENCE: 01608825
Team Date: 06-23-2020

Name: DAVIS, ANDRE
Register No.: 11189-078
Age: 57
Date of Birth: __ __ 1963

DNA Status: BSY02166 / 06-07-2011

Inmate (DAVIS, ANDRE. Register No.: 11189-078)

6-23-20

Date

Unit Manager / Chairperson

6/23/20

Date

Case Manager

6-23-20

Date

# MALE PATTERN RISK SCORING

| Register Number: | 11189-078 | Date: | 6/24/2020 |
|---|---|---|---|
| Inmate Name: | DAVIS, ANDRE | | |

| MALE RISK ITEM SCORING | CATEGORY | GENERAL SCORE | Enter Score | VIOLENT SCORE | Enter Score |
|---|---|---|---|---|---|
| 1. Current Age | > 60 | 0 | 7 | 0 | 4 |
| 51-60 | 51-60 | 7 | | 4 | |
| Click on gray dropdown box to select, then click on dropdown arrow | 41-50 | 14 | | 8 | |
| | 30-40 | 21 | | 12 | |
| | 26-29 | 28 | | 16 | |
| | < 26 | 35 | | 20 | |
| 2. Walsh w/Conviction | No | 0 | 0 | 0 | 0 |
| No | Yes | 1 | | 0 | |
| 3. Violent Offense (PATTERN) | No | 0 | 0 | 0 | 0 |
| No | Yes | 5 | | 5 | |
| 4. Criminal History Points | 0 - 1 Points | 0 | 40 | 0 | 20 |
| > 12 Points | 2 - 3 Points | 8 | | 4 | |
| | 4 - 6 Points | 16 | | 8 | |
| | 7 - 9 Points | 24 | | 12 | |
| | 10 - 12 Points | 32 | | 16 | |
| | > 12 Points | 40 | | 20 | |
| 5. History of Escapes | None | 0 | 0 | 0 | 0 |
| None | > 10 Years Minor | 2 | | 1 | |
| | 5 - 10 Years Minor | 4 | | 2 | |
| | < 5 Years Minor/Any Serious | 6 | | 3 | |
| 6. History of Violence | None | 0 | 2 | 0 | 2 |
| > 15 Years Serious | > 10 Years Minor | 1 | | 1 | |
| | > 15 Years Serious | 2 | | 2 | |
| | 5 - 10 Years Minor | 3 | | 3 | |
| | 10 - 15 Years Serious | 4 | | 4 | |
| | < 5 Years Minor | 5 | | 5 | |
| | 5 - 10 Years Serious | 6 | | 6 | |
| | < 5 Years Serious | 7 | | 7 | |
| 7. Education Score | Not Enrolled | 0 | -4 | 0 | -2 |
| HS Degree / GED | Enrolled in GED | -2 | | -1 | |
| | HS Degree / GED | -4 | | -2 | |
| 8. Drug Program Status | No DAP Completed | 0 | -9 | 0 | -3 |
| No Need | NRDAP Complete | -3 | | -1 | |
| | RDAP Complete | -6 | | -2 | |
| | No Need | -9 | | -3 | |
| 9. All Incident Reports (120 months) | 0 | 0 | 0 | 0 | 0 |
| 0 | 1 | 1 | | 1 | |
| | 2 | 2 | | 2 | |
| | > 2 | 3 | | 3 | |
| 10. Serious Incident Reports (120 months) | 0 | 0 | 0 | 0 | 0 |
| 0 | 1 | 2 | | 2 | |
| | 2 | 4 | | 4 | |
| | > 2 | 6 | | 6 | |
| 11. Time Since Last Incident Report | 12+ months or no incidents | 0 | 0 | 0 | 0 |
| 12+ months or no incidents | 7-12 months | 2 | | 1 | |
| | 3-6 months | 4 | | 2 | |
| | <3 | 6 | | 3 | |
| 12. Time Since Last Serious Incident Report | 12+ months or no incidents | 0 | 0 | 0 | 0 |
| 12+ months or no incidents | 7-12 months | 1 | | 2 | |
| | 3-6 months | 2 | | 4 | |
| | <3 | 3 | | 6 | |
| 13. FRP Refuse | NO | 0 | 0 | 0 | 0 |
| NO | YES | 1 | | 1 | |
| 14. Programs Completed | 0 | 0 | -6 | 0 | -3 |
| 4 - 10 | 1 | -2 | | -1 | |
| | 2 - 3 | -4 | | -2 | |
| | 4 - 10 | -6 | | -3 | |
| | > 10 | -8 | | -4 | |
| 15. Work Programs | 0 Programs | 0 | -2 | 0 | -2 |
| >1 Program | 1 Program | -1 | | -1 | |
| | >1 Program | -2 | | -2 | |
| Total Score (Sum of Columns) | | General: | 28 | Violent: | 16 |
| General/Violent Risk Levels | | General: | Low | Violent: | Low |
| OVERALL MALE PATTERN RISK LEVEL | | Low | | | |

July 17, 2020

**Release Plan**

My daughter, Michan Davis will provide a safe ride home for me following local guideline for safety. Michan has a fourteen-day quarantine plan in place. This plan includes personal protection equipment (facemasks, gloves, soap and water and a private bedroom and physical distancing.)

Her address:

Bronx, New York 10453

TEL# - -9450

**U.S. Department of Justice**
Federal Bureau of Prisons
Federal Correctional Institution
Fairton, New Jersey 08320
(856) 453-1177

July 1, 2020

**TO:** All Concerned

**FROM:** B. Redondo, Chief Psychologist

**SUBJECT:** Andre Davis # 11189-078

Please accept this letter on behalf of Andre Davis, register number 11189-078, summarizing his Psychology Services program participation at FCI-Fairton. From November 2015 until the present day, Mr. Davis has been involved with our suicide companion program. Programming consists of quarterly training in the area of suicide prevention, managing mental illness, communication, and conflict resolution. Participants provide direct oversight during inmate suicide watches, maintain detailed suicide watch log books, communicate their observations to Psychology Services personnel, and alert staff attention to emergent situations. Mr. Davis is a reliable worker and consistent in his job performance. Over the past twelve months, he averages between 30-40 hours of actual oversight each month in addition to his quarterly training requirements. Mr. Davis has also been a member of the mental health companion program between June 2017 and March 2020 (his participation has been temporarily suspended due to COVID-19 modified operations). His participation included weekly supervision, domiciling with a severely mentally ill peer, assisting that individual in their adjustment to the prison setting, collaborating with other program mentors in developing a therapeutic environment within the mental health housing unit, assisting with community meetings, mediating conflict involving mentally ill inmates, and promoting the health and wellness program for these inmates.

Should you have any questions about this individual, please feel free to contact me at 856-453-4078.

**Bureau of Prisons**
**Psychology Services**
****SENSITIVE BUT UNCLASSIFIED****

**Inmate Companion Program - Administrative Note**

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | DAVIS, ANDRE | | | | Reg #: | 11189-078 |
| Date of Birth: | 963 | Sex: | M | Facility: FAI | Unit Team: | C |
| Date: | 07/08/2020 08:24 | Provider: | Morley, C. PsyD | | | |

**Comments**

A mental health companion program is established to provide peer assistance and support to inmates with mental illnesses under the direction of the Psychology Services Department. Each companion receives at least four hours of initial suicide prevention training and an additional four hours of initial Mental Health Companion training as well as four hours of refresher training every six months. In addition to required trainings, companions typically attend weekly supervision meetings to discuss issues, review procedures, debrief their work, and receive supplemental training. During trainings and supervision meetings, various topics are covered such as a companion's duties and responsibilities, basic information about mental illness, modeling and supporting recovery from mental illness, reducing stigma, communication skills, warning signs for suicide, etc. It is essential these individual display a high level of reliability and credibility with both staff and the inmate population; these individuals must be able to provide assistance to mentally ill inmate, protect their privacy, and report significant concerns/ suicide warning signs to staff. Mr. Davis was a mental health companion from June of 2017 to March of 2020. At FCI Fairton, this required him to live on the mental health unit and be individually assigned to inmates who are often designated as having a serious mental illness. Due to unforeseen restrictions for Covid-19, Mr. Davis' participation was suspended to no fault of his own. Once restrictions are lifted and based on his continued interest, his status as a companion will resume based on the above criteria for being a mental health companion.

Completed by Morley, C. PsyD on 07/08/2020 08:32 CMorley.



**U.S. Department of Justice**
Federal Bureau of Prisons
Federal Correctional Institution

Fairton, New Jersey 08320
(856)453-1177 x4045

July 20, 2020

**To:** All Concerned

**From:** Mr. D. Williams, Food Service Administrator

**Subject:** Andre Davis #11189078

This memorandum is to serve as documentation for Andre Davis #11189-078 who has worked in the Food Service Dept. for the past six years as the lead clerk. He does clerical work in the office - filing, typing, and keeping documentation of the newly hired inmate workers. Mr. Davis also prepares and maintains the monthly payroll sheets for the inmate workers. He retains and updates all inmate safety records. He received his Serve-Safe Food Protection certificate which allows him to work in the Food industry. Mr. Davis also assists in the Officer's Dinning Room as needed. He is liaison for the Muslin community concerning meals during Ramadan; assisting the staff for the 30 day of fasting each year. I would like to submit this evaluation:

When it comes to quality of work, Mr. Davis always does superior work. He is self driven and works exceptionally hard at all time. He comes to work after working fulltime in UNICOR (also as a clerk) ready to do what is needed. He gets alone with staff and other inmate well, very popular. Has an eagerness to learn - he ask questions about own work and related work. He is always willing to do extra in order to improve his skills. Davis is a very quick to learner - Excellent memory - never make the same mistake twice. He is humble and courteous. His Response to supervision is always well-mannered - if supervisor makes a subjection he accepts it without any protest and does what is asked of him respectfully. If given the opportunity I feel that Mr. Davis will be successful upon release.

Should you have any question about this individual, please contact me.



**U.S. Department of Justice**
Federal Bureau of Prisons
Federal Correctional Institution

Fairton, New Jersey 08320

April 1, 2012

**From:** Alfred Lamar, Correctional Counselor

**Subject:** Program Facilitator Andre Davis #11189-078

This documentation is for Andre Davis #11189-078 who is currently participation is the FCI Fairton's D.C. Mentor Project.

The D.C. Mentor Project was established in 2009, to support, assist, and guide inmates from the District of Columbia in all phases of a successful reentry back into society. The program in addition, helps to facilitates successful reentry by presenting information about D.C. resources, housing, applying for his benefits, job placement, and improving the communication with established resources within the community.

Inmate Andre' Davis was chosen from a population of approximately 1400 men from our Federal Correctional Institution Prison for his exceptional accomplishments within the intuition and model conduct. He has shown a strong eagerness to coach, assist, and counsel D.C. offenders.

Each facilitator excels in effective and positive communication. They attempt to bridge the gap between person and the community, by encouraging D.C. offenders to place strong emphasis on the importance of family structure, and starting a new life. Moreover, they clearly and concisely convey the importance of goal setting, peer pressure avoidance, conflict resolution, skill development and the importance of an education.

The facilitator listed above is consistently trustworthy and displays strong personal obligation to the program. He inspires enthusiasm and incentive in the men who commit themselves to the program. His wholehearted spirit has a positive impact and shows confidence on dealing with the target audience.

**PREM PERSAUD – UNICOR FACTORY MANAGER**
P.O. Box 280
Fairton, NJ 08320
Phone: 856-453-1177 x4133

July 21, 2020

**RE: Andre Davis**

To whom it may concern,

It is my pleasure to write this letter of recommendation for Mr. Andre Davis. I have known Mr. Davis for several years. During that time he has worked for me in a variety of position within UNICOR's Business Office. He is currently my personal clerk; he works directly with me daily. He has overseen a large number of Production jobs with little or no supervision. He is a well experienced, dedicated and extremely hardworking individual. Mr. Davis has a broad work history in UNICOR, which includes working in SAP, making spreadsheets in Excel for all departments. He has also worked as our Production Clerk in the Plastic Dept. making sure that all components for jobs are received and placed on those jobs. For a time he served as our Procurement Clerk – purchasing all material required for jobs, and closing end of month credit card reconsolidation . As the CRS clerk, (which is a private company UNICOR has a contract with) he did daily reports , kept Supply Inventory of CRS Equipment and invoiced all finished goods shipped back to the company. During the FY-2018 while handling Accountability and Distribution duties Mr. Davis caught an accounting error that saved UNICOR over $175,000 since that time. This is a demonstration of the trustworthy person he has become. He has a approximately 9 ½ years of service in UNICOR.

Mr. Davis's work ethic is above reproach. He has the proven ability to organize work assignments and lead others to effectively accomplish difficult tasks. He can be relied upon to work with others as a worthy team member. If assigned singular work that requires self-motivation and individual enterprise he's the one I choose for the job.

Again, it is with great pleasure that I recommend Mr. Davis for work and endorse his character. He will be an asset to any potential employer as he is to UNICOR.

If you should have any question regarding this individual please feel free to contact me at the above phone number.

Sincerely,

Prem Persaud

# UNICOR SCHOLARSHIP APPLICATION
## SECTION C:

Instructions: Please retain a copy of this entire application for the UNICOR Scholarship Committee's records. Forward a photocopy of Section C to the applicant.

| NOTIFICATION OF INSTITUION APPROVAL OR DISAPPROVAL | |
|---|---|
| Applicant's Name: ANDRE' DAVIS | Registration Number: 11189-078 |
| Institution: FCI Fairton | Living Quarters: D-Right |
| Program/course title: INTRODUCTION TO URBAN AND INDUSTRIAL INTEGRATED PEST MANAGEMENT | |
| Amount of award (optional): 391.75 | |
| Payable to (optional): | |
| Overall evaluation and recommendation (circle one): (Approved) Disapproved<br>Comments: | |
| UNICOR Scholarship Coordinator (please print): Maurice R. Danzey | Signature: [signature]<br>Date: 3/22/19 |
| UNICOR Business Office Manager (please print): Chiquita Kornegay | Signature: [signature]<br>Date: 6-26-19 |
| Factory Manager or Designee (please print): Prem Persaud | Signature: [signature]<br>Date: 3/22/19 |
| ROUTING:<br>UNICOR Work Detail Supervisor<br>Unit Manager or Designee<br>Supervisor of Education or Designee<br>UNICOR Scholarship Coordinator<br>UNICOR Business Office Manager<br>UNICOR Operations Manager<br>Inmate Scholarship Application Web Submission (submit entire application online) | |

PURDUE UNIVERSITY

# Enrollment Confirmation

Date: 07/22/2020

RIO: 5000023205

Coord: KS

Purdue Online
155 South Grant St.
Young Hall, Room 405
West Lafayette, IN 47907
(765) 494-1422 | (800) 830-0269
noncredit@purdue.edu

*Enrollment For:*

**Andre Davis**
**FCI Fairton**
**Attn: R. Massi**
**655 Fairton-Millville Road**
**Fairton NJ 08320**
**(856) 453-4042**

6571

Status: Enrolled
Student: Davis, Andre
Title: Introduction to Urban and Industrial IPM-Correspondence 2020 / Schedule #23234

***Receipt***

Survey Question: Please provide us with your state pest certification license number to ensure state credit. *No answer provided*

Fees:

| Description | Invoice Number | Amount Invoiced | Amount Paid | Amount Due | Paid In Full |
|---|---|---|---|---|---|
| 07 - Truman's Scientific Guide to Pest Management | 532098 | 132.00 | 132.00 | 0.00 | ☑ |
| 02 - Group Course Fee (20% off - Continental USA postage & handling included) | 532098 | 220.00 | 220.00 | 0.00 | ☑ |
| | | 352.00 | 352.00 | 0.00 | |

## *UNICOR INCENTIVE AWARD PROGRAM*
## *FCI Fairton, NJ*

This form must be submitted to the department head no later than the 21st of each month. The Incentive award committee will meet no later than the last working day of the month.

Program Statement 8120.02, July 15, 1999 Date: October 22, 2018

Information requested for submission of a nominee for the UNICOR INCENTIVE AWARD PROGRAM is as follows:

1.Name: DAVIS, ANDRE Number: 11189-078 Unit: #N/A

2.Work Detail: BUSINESS OFFICE

3.Grade: 1

4.Date of Hire: 9/1/2012

5.Date of Last Incentive Award: ______

6.Does He Get Along With Staff and Inmates? Yes: Y No: ______

7.Basis for the Recommendations:
Over the course of FY18 Inmate Davis has saved UNICOR a considerable amount of money by keeping abreast of prices and charges as it pertains to our customer, CRS. He is a hard worker who is always willing learn and to help out where necessary. In addiditon he prepares invoices for CRS work that is forwarded to UNICOR Customer Service for payment. His dedication to his position makes him most deserving of this award.

8.What Award is Being Requested ? $100.00

[signature]
Supervisor's Signature — October 23, 2018 Date

I Concur With the Above Recommendation.

//signed//
M.R. Danzey — 10/22/2018
Operations Mgr's Signature — Date

[signature] 11/9/18

12/10/2018 10:23 8564534492 PREM PERSAUD FM PAGE 02/02

## UNICOR INCENTIVE AWARD PROGRAM
## FCI Fairton, NJ

This form must be submitted to the department head no later than the 21st of each month. The incentive award committee will meet no later than the last working day of the month.

Program Statement 8120.02, July 15, 1999 Date: December 10, 2018

Information requested for submission of a nominee for the UNICOR INCENTIVE AWARD PROGRAM is as follows:

1.Name: DAVIS, ANDRE Number: 11189-078 Unit: D-R

2.Work Detail: PRODUCTION CLERK

3.Grade: 1

4.Date of Hire: 9/1/2012

5.Date of Last Incentive Award: ________

6.Does He Get Along With Staff and Inmates? Yes: Y No: ____

7.Basis for the Recommendations:
Over the course of FY18 Inmate Davis has saved UNCOR a considerable amount of money by keeping abreast of prices and changes as it pertains to our customer, CRS. He is a hard worker who is always willing to learn to help out where necessary. In addidtition he prepares invoices for CRS work that is forwarded to UNICOR customer service for payment. His dedication to his position makes him most deserving of this award.

8.What Award is Being Requested ? $100.00

[signature] December 10, 2018
Supervisor's Signature Date

I Concur With the Above Recommendation.

[signature] [signature] 12/10/18
Operations Mgr's Signature Date Factory Manager's Signature Date

[signature] [signature] 12/11/18
Q/A, Manager's Signature Date

INCENTIVE AWARD PROGRAM FORM FASV #p5512-5

## *UNICOR INCENTIVE AWARD PROGRAM*
## *FCI Fairton, NJ*

This form must be submitted to the department head no later than the 21st of each month.
The incentive award committee will meet no later than the last working day of the month.

Program Statement 8120.02, July 15, 1999 **February 14, 2019**

Information requested for submission of a nominee for the UNICOR INCENTIVE AWARD PROGRAM is as follows:

1.Name: **DAVIS, ANDRE** Number: **11189-078** Unit: **D-R**

2.Work Detail: **PRODUCTION CLERK**

3.Grade: **1**

4.Date of Hire: 9/1/2012

5.Date of Last Incentive Award: ______

6.Does He Get Along With Staff and Inmates? Yes: Y No: ______

7.Basis for the Recommendations:
**Inmate Davis works maintaining good records and inventory for CRS. Inmate Davis has assisted the Lead Man in instructing on the new product to be produce in the factory. Inmate Davis is also the production Clerk for CRS and does the invoices for UNICOR.**

8.What Award is Being Requested ? **$100.00**

Supervisor's Signature **February 14, 2019**
Date

I Concur With the Above Recommendation

Operations Mgr's Signature Date Factory Manager's Signature 2/19/19 Date

# *UNICOR INCENTIVE AWARD PROGRAM*
## *FCI Fairton, NJ*

This form must be submitted to the department head no later than the 21st of each month. The incentive award committee will meet no later than the last working day of the month.

Program Statement 8120.02, July 15, 1999 **March 15, 2019**

Information requested for submission of a nominee for the UNICOR INCENTIVE AWARD PROGRAM is as follows:

1.Name: **DAVIS, ANDRE** Number: **11189-078** Unit: **D-R**

2.Work Detail: **PRODUCTION CLERK**

3.Grade: 1

4.Date of Hire: 9/1/2012

5.Date of Last Incentive Award: ______

6.Does He Get Along With Staff and Inmates? Yes: Y No: ______

7.Basis for the Recommendations:
**Inmate Davis works maintaining good records and inventory for CRS. Inmate Davis has assisted the Lead Man in instructing on the new product to be produce in the factory. Inmate Davis is also the production Clerk for CRS and does the invoices for UNICOR.**

8.What Award is Being Requested ? **$100.00**

Supervisor's Signature **March 15, 2019** Date

I Concur With the Above Recommendation.

M. R. Dayey 3/18/19

Operations Mgr's Signature Date Factory Manager's Signature Date

# *UNICOR INCENTIVE AWARD PROGRAM*
## *FCI Fairton, NJ*

This form must be submitted to the department head no later than the 21st of each month.
The incentive award committee will meet no later than the last working day of the month.

Program Statement 8120.02, July 15, 1999 **April 8, 2019**

Information requested for submission of a nominee for the UNICOR INCENTIVE AWARD PROGRAM is as follows:

1.Name: **DAVIS, ANDRE** Number: **11189-078** Unit: **D-R**

2.Work Detail: **PRODUCTION CLERK**

3.Grade: **1**

4.Date of Hire: 9/1/2012

5.Date of Last Incentive Award: ______

6.Does He Get Along With Staff and Inmates? Yes: Y No: ______

7.Basis for the Recommendations:
**Inmate Davis works maintaining good records and inventory for CRS. Inmate Davis has assisted the Lead Man in instructing on the new product to be produce in the factory. Inmate Davis is also the production Clerk for CRS and does the invoices for UNICOR.**

8.What Award is Being Requested ? **$100.00**

Supervisor's Signature **April 8, 2019** Date

I Concur With the Above Recommendation.

Operations Mgr's Signature 4/9/19 Date | Factory Manager's Signature Date

# CERTIFICATE *of* ACHIEVEMENT

THIS ACKNOWLEDGES THAT

## Andre Davis

Reg. No. 11189-078

HAS SUCCESSFULLY COMPLETED MENTAL HEALTH COMPANION REFRESHER TRAINING

FEDERAL CORRECTIONAL INSTITUTION – FAIRTON, NJ

JANUARY 4, 2019

DR. JAGODA, MENTAL HEALTH COMPANION PROGRAM COORDINATOR




# Certificate of Appreciation

~ Is hereby presented to ~

**Andre Davis**

11189-078

With gratitude for your involvement in the Inmate Suicide Prevention Program at FCI Fairton throughout **2018**. You've exhibited the highest standards of professionalism, caring, and an excellent work ethic in your duties as a Suicide Companion.

**Psychology Services**

**FCI Fairton, NJ**

105 CL



# Certificate

## PERCENTS

*awarded to*

# Andre Davis

*In recognition of your completion of the*
*5 Hour PERCENTS Self-Paced ACE Course at FCI Fairton, NJ*

| *Mrs. Lynn, SOE* | *July 2020* |
|---|---|
| *Name* | *Date* |

105C




# FRACTIONS & DECIMALS

*awarded to*

## Andre Davis

*In recognition of your completion of the*
*5 Hour FRACTIONS Self-Paced ACE Course at FCI Fairton, NJ*

| *Mrs. Lynn, SOE* | *July 2020* |
|---|---|
| *Name* | *Date* |

FCI Fairton
Fairton, NJ, 08320



# Certificate of Completion

# Universal Waste Handling & Disposal

**This Certificate has been awarded to**

Andre Davis

Reg. # 11189-078

for having successfully completed **Universal Waste Handling & Disposal** training in accordance with the institution's **Environmental System Management Plan** on 5/13/2019.

5/13/2019
Date of Training

(Signature of Trainer/Evaluator)

FCI Fairton
Fairton, NJ, 08320



# Certificate of Completion

# Oil Spill Clean-Up & Response

**This Certificate has been awarded to**

Andre Davis

Reg. # 11189-078

for having successfully completed **Oil Spill Clean-Up & Response** training in accordance with the institution's **Environmental Management System Plan** on 5/13/2019.

5/13/2019
Date of Training

(Signature of Trainer/Evaluator)

FCI Fairton
Fairton, NJ, 08320



# Certificate of Completion

# Oily Rags Handling & Disposal

**This Certificate has been awarded to**

Andre Davis

Reg. # 11189-078

for having successfully completed **Oily Rags Handling & Disposal** training in accordance with the institution's **Environmental Management System Plan** on 5/13/2019.

5/13/2019
Date of Training

(Signature of Trainer/Evaluator)

FCI Fairton
Fairton, NJ, 08320



# Certificate of Completion

# Used Oil Management

**This Certificate has been awarded to**

Andre Davis

Reg. # 11189-078

for having successfully completed **Used Oil Management** training in accordance with 40 CFR 279 on 5/13/2019.

5/13/2019
Date of Training

(Signature of Trainer/Evaluator)

FCI Fairton
Fairton, NJ, 08320



# Certificate of Completion

## Fall Protection & Aerial Lift Safety

**This Certificate has been awarded to**

Andre Davis

(Reg # 11189-078)

Having successfully completed **Fall Protection Safety** training for in accordance with **OSHA 29 CFR §1910.66 on** 5/13/2019.

(Date of Training)

5/13/2019
Date of Training

(Signature of Trainer/Evaluator)

5/13/2019
Date of Evaluation

FCI Fairton
Fairton, NJ, 08320



# Certificate of Completion

# Hazardous Waste Handling & Disposal

**This Certificate has been awarded to**

## Andre Davis

Reg. # 11189-078

for having successfully completed **Hazardous Waste Handling & Disposal** training in accordance with the institution's **Environmental System Management Plan** on 5/13/2019.

5/13/2019
Date of Training

(Signature of Trainer/Evaluator)

FCI Fairton
Fairton, NJ, 08320

# Certificate of Completion



## Personal Protective Equipment

**This Certificate has been awarded to**

Andre Davis

(Reg # 11189-078)

Having successfully completed
**Fall Protection Safety** training for in accordance with **OSHA 29 CFR §1910.132 on** 5/13/2019 .
(Date of Training)

5/13/2019
Date of Training

(Signature of Trainer/Evaluator)

5/13/2019
Date of Evaluation

WESTERN TEXAS COLLEGE
6200 College Avenue
Snyder, TX 79549

DAVIS ANDRE
3696 BOSTIC
HOUSTON, TX 77096

Soc Sec Num: [redacted]-9241
Sex: Male
Birth date: [redacted]-1964
Prison ID: 740724 053

Report date: 20-Jun-17

Fice: 009549

Page 1 of 1

| Course | Description | Grade | Hours | Points |
|---|---|---|---|---|
| | Texas Success Initiative | | | |
| Previous TASP exemption | | | | |
| Exempt from TEC 51.907 Undergraduate Drop Counts | | | | |
| - Enrolled prior to Fall 2007 | | | | |
| | ******* TRANSFER COURSES ******* | | | |
| GOVT2305 | AM/ST/LOC GOV | A | 3.00 | 12.00 |
| ARTS1303 | ART HIS SURV I | B | 3.00 | 9.00 |
| GOVT2306 | AM/ST/LOC GOV | B | 3.00 | 9.00 |
| ENGL1301 | COMPOSITION I | B | 3.00 | 9.00 |
| ENBL1401 | 4 HOURS EN BLOC | A | 4.00 | 16.00 |
| BIOL1311 | PLANT FORM/FUNC | D | 3.00 | 3.00 |
| BIOL1111 | PLANT F/F LAB | D | 1.00 | 1.00 |
| ENGL1302 | COMPOSITION II | B | 3.00 | 9.00 |
| ENGL2322 | SURVEY ENG LIT | C | 3.00 | 6.00 |
| PSYC2301 | GEN PSYCHOLOGY | A | 3.00 | 12.00 |
| ENGL2332 | WORLD LIT | B | 3.00 | 9.00 |
| SPAN1411 | BEGIN SPANISH | B | 4.00 | 12.00 |
| COSC1309 | COSC PROGRAMING | A | 3.00 | 12.00 |
| MATH1332 | MATH CONCEPTS I | A | 3.00 | 12.00 |
| ACCT2301 | PRIN ACCOUNT I | A | 3.00 | 12.00 |

| | Attempt | Earned | Points | Divisor | GPA |
|---|---|---|---|---|---|
| Sem Undergrad | 45.00 | 45.00 | 143.00 | 45.00 | 3.18 |
| Cum Undergrad | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Spring 2000

| Course | Description | Grade | Hours | Points |
|---|---|---|---|---|
| HIST1301 | US HIS TO 1865 | C | 3.00 | 6.00 |

| | Attempt | Earned | Points | Divisor | GPA |
|---|---|---|---|---|---|
| Sem Undergrad | 3.00 | 3.00 | 6.00 | 3.00 | 2.00 |
| Cum Undergrad | 3.00 | 3.00 | 6.00 | 3.00 | 2.00 |

Fall 2000

| Course | Description | Grade | Hours | Points |
|---|---|---|---|---|
| HIST1302 | US HIS 1865 TO | B | 3.00 | 9.00 |

| | Attempt | Earned | Points | Divisor | GPA |
|---|---|---|---|---|---|
| Sem Undergrad | 3.00 | 3.00 | 9.00 | 3.00 | 3.00 |
| Cum Undergrad | 6.00 | 6.00 | 15.00 | 6.00 | 2.50 |

Spring 2001

| Course | Description | Grade | Hours | Points |
|---|---|---|---|---|
| SPCH1315 | FUND/PUBL SPKNG | A | 3.00 | 12.00 |

| | Attempt | Earned | Points | Divisor | GPA |
|---|---|---|---|---|---|
| Sem Undergrad | 3.00 | 3.00 | 12.00 | 3.00 | 4.00 |
| Cum Undergrad | 9.00 | 9.00 | 27.00 | 9.00 | 3.00 |

Summer I 2001

| Course | Description | Grade | Hours | Points |
|---|---|---|---|---|
| BUSI1301 | INTRO/BUSINESS | A | 3.00 | 12.00 |

| | Attempt | Earned | Points | Divisor | GPA |
|---|---|---|---|---|---|
| Sem Undergrad | 3.00 | 3.00 | 12.00 | 3.00 | 4.00 |
| Cum Undergrad | 12.00 | 12.00 | 39.00 | 12.00 | 3.25 |

Fall 2001

| Course | Description | Grade | Hours | Points |
|---|---|---|---|---|
| CS 239 | SPECIAL TOPICS | A | 3.00 | 12.00 |

| | Attempt | Earned | Points | Divisor | GPA |
|---|---|---|---|---|---|
| Sem Undergrad | 3.00 | 3.00 | 12.00 | 3.00 | 4.00 |
| Cum Undergrad | 15.00 | 15.00 | 51.00 | 15.00 | 3.40 |

Spring 2002

| Course | Description | Grade | Hours | Points |
|---|---|---|---|---|
| SOCI1306 | CONTEM SOC PROB | A | 3.00 | 12.00 |

| | Attempt | Earned | Points | Divisor | GPA |
|---|---|---|---|---|---|
| Sem Undergrad | 3.00 | 3.00 | 12.00 | 3.00 | 4.00 |
| Cum Undergrad | 18.00 | 18.00 | 63.00 | 18.00 | 3.50 |

Associate of Arts 05/10/2002
Major: UNDECIDED-AA

Core Curriculum

| Code | Area | Status |
|---|---|---|
| 010 | COMMUNICATION<br>ENGL1301,ENGL1302 | COMPLETED |
| 011 | OTHER COMMUNICATION<br>SPCH1315 | COMPLETED |
| 020 | MATHEMATICS | |
| 030 | NATURAL SCIENCES<br>BIOL1311,BIOL1111 | |
| 040 | HUMANITIES<br>ENGL2322 | COMPLETED |
| 050 | VISUAL/PERFORMING ARTS<br>ARTS1303 | COMPLETED |
| 060 | U.S. HISTORY<br>HIST1301,HIST1302 | COMPLETED |
| 070 | POLITICAL SCIENCE<br>GOVT2305,GOVT2306 | COMPLETED |
| 080 | SOCIAL AND BEHAVIORAL SCIENCE<br>PSYC2301 | COMPLETED |
| 090 | INSTITUTIONAL OPTION | |

** END OF TRANSCRIPT **

* Repeat of course
() Course credit not counted
[] Remedial credit - counted in term ONLY

WTC

AN OFFICIAL SIGNATURE IS WHITE WITH A BLUE BACKGROUND
This officially sealed and signed transcript is printed on blue security paper with the name of the college printed in small blue type across the face of the document. A RAISED SEAL IS NOT REQUIRED. When photocopied the word COPY should appear. A BLACK AND WHITE COPY SHOULD NOT BE ACCEPTED.

ANN GALYEAN, REGISTRAR

WTC

This is an official transcript of record pursuant to the Family Educational Rights and Privacy Act of 1974. This record [illegible]

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: FEBRUARY 24, 2020

FROM: ADMINISTRATIVE REMEDY COORDINATOR
FAIRTON FCI

TO : ANDRE DAVIS, 11189-078
FAIRTON FCI UNT: DR QTR: D04-410L
P.O. BOX 280
FAIRTON, NJ 08320

FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID : 1007632-F1 ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED : FEBRUARY 24, 2020
SUBJECT 1 : CREDIT FOR TIME SPENT IN JAIL
SUBJECT 2 :
INCIDENT RPT NO:

REJECT REASON 1: YOU DID NOT SIGN YOUR REQUEST OR APPEAL.

REJECT REASON 2: YOU MAY RESUBMIT YOUR REQUEST IN PROPER FORM WITHIN 5 DAYS OF THE DATE OF THIS REJECTION NOTICE.

REMARKS : PLEASE SIGN AND DATE THE BP9

RECEIPT - ADMINISTRATIVE REMEDY

DATE: MARCH 26, 2020

FROM: ADMINISTRATIVE REMEDY COORDINATOR
FAIRTON FCI

TO : ANDRE DAVIS, 11189-078
FAIRTON FCI UNT: C QTR: C02-228L

THIS ACKNOWLEDGES THE RECEIPT OF THE ADMINISTRATIVE REMEDY REQUEST IDENTIFIED BELOW:

REMEDY ID : 1007632-F2
DATE RECEIVED : FEBRUARY 24, 2020
RESPONSE DUE : MARCH 15, 2020
SUBJECT 1 : CREDIT FOR TIME SPENT IN JAIL
SUBJECT 2 :

EXTENSION OF TIME FOR RESPONSE - ADMINISTRATIVE REMEDY

DATE: JUNE 12, 2020

FROM: ADMINISTRATIVE REMEDY COORDINATOR
FAIRTON FCI

TO : ANDRE DAVIS, 11189-078
FAIRTON FCI UNT: C QTR: C01-105U

ADDITIONAL TIME IS NEEDED TO RESPOND TO THE ADMINISTRATIVE REMEDY REQUEST IDENTIFIED BELOW. WE ARE EXTENDING THE TIME FOR RESPONSE AS PROVIDED FOR IN THE ADMINISTRATIVE REMEDY PROGRAM STATEMENT.

REMEDY ID : 1007632-F2
DATE RECEIVED : FEBRUARY 24, 2020
RESPONSE DUE : APRIL 4, 2020
SUBJECT 1 : CREDIT FOR TIME SPENT IN JAIL
SUBJECT 2 :

U.S. Department of Justice

**Regional Administrative Remedy Appeal**

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: ANDRE DAVIS (LAST NAME, FIRST, MIDDLE INITIAL) 11189-078 (REG. NO.) CL-105 (UNIT) FCI FAIRTON (INSTITUTION)

**Part A - REASON FOR APPEAL**

This Appeal is taken due to denial by Not Responding to my BP-9. ON Feb 24, 2020 My BP-9 WAS Received, but No farther Actions WAS taken - I incorporate my request for AWARD of retroActive designAtion of time spent in A state institution on AN offense that WAS Relevant Conduct to My Federal INSTANT Offense - Pursuant to 18 U.S.C. 3621 See Attachments

\# 6/2/2020
DATE

[signature]
SIGNATURE OF REQUESTER

**Part B - RESPONSE**

DATE

REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE

CASE NUMBER: ____________

**Part C - RECEIPT**

CASE NUMBER: ____________

Return to: ____________ LAST NAME, FIRST, MIDDLE INITIAL ____________ REG. NO. ____________ UNIT ____________ INSTITUTION

SUBJECT: ____________

DATE

SIGNATURE, RECIPIENT OF REGIONAL APPEAL

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: DAVIS, ANDRE (LAST NAME, FIRST, MIDDLE INITIAL) — 11189-078 (REG. NO.) — DR (UNIT) — FCI FAIRTON (INSTITUTION)

**Part A– INMATE REQUEST**

PLEASE AWARD ME RETROACTIVE DESIGNATION OF THE TIME I SPENT IN A STATE INSTITUTION ON AN OFFENSE THAT WAS RELEVANT CONDUCT TO MY FEDERAL INSTANT OFFENSE. I WAS HOUSED IN A STATE INSTITUTION FROM OCTOBER 4, 2004 THRU APRIL 16, 2010. I SEEK RELIEF PURSUANT TO 18 U.S.C. 3621. ALSO SEE SETSER V. US 132 S. CT. 1463. - SEE ATTACHMENT.

2/24/2020
DATE

Andre [signature]
SIGNATURE OF REQUESTER

**Part B– RESPONSE**

See attached Warden's response

RECEIVED
FEB 24 2020
FCI Fairton's Warden's Office

RECEIVED
FEB 26 2020
FCI Fairton's Warden's Office

6/16/2020
DATE

[signature]
WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**

CASE NUMBER: 1007632 F1

CASE NUMBER: 1007632 F1

**Part C– RECEIPT**

Return to: ______ LAST NAME, FIRST, MIDDLE INITIAL ______ REG. NO. ______ UNIT ______ INSTITUTION

SUBJECT: ______

DATE ______ RECIPIENT'S SIGNATURE (STAFF MEMBER)



USP LVN

BP-229(13)
APRIL 1982

**DAVIS, Andre**
**Register Number: 11189-078**
**Administrative Remedy Number: 1007632-F2**

---

**Disposition**

This is in response to your Request for Administrative Remedy, received in my office on February 26, 2020, in which you request an adjustment to your sentence computation by being awarded a retroactive designation of the time spent in a state institution for an offense that was relative conduct to your instant Federal offense.

Pursuant to Program Statement 5160.05, Designation of State Institution for Service of Federal Sentence, the Bureau of Prisons considers an inmate's request for pre-sentence credit toward a federal sentence for time spent in service of a state sentence as a request for a nunc pro tunc designation as a result of the decision in Barden v. Keohane. As such, your request has been sent to the Designation and Sentence Computation Center in Grand Prairie, Texas for further review.

Accordingly, this response is for informational purposes. If you are dissatisfied with this response, you may appeal to the Regional Director, Northeast Regional Office, U.S. Customs House-7th Floor, 2nd and Chestnut Streets, Philadelphia, PA 19106. Your appeal must be received in the Regional Office within 20 days from the date of this response.

[signature]
D.K. White, Warden

16 June 2020
Date

FAI 1330.18B
April 17, 2018
Attachment 1

Federal Correctional Institution
and Federal Prison Camp
Fairton, New Jersey

ADMINISTRATIVE REMEDY PROCEDURE FOR INMATES
INFORMAL RESOLUTION FORM

**This form is to be completed by the Correctional Counselor.**

Date: 1/15/20

Inmate Name: Andre Davis Reg. No.: 11189-078 Unit: DR

1) The inmate's complaint:
Please Award me RetroActive designation for the time I spent IN A State Institution on an offense that is relevant conduct to my Federal Instant offense. - (see Attached)

2) The relief he is requesting: Time Credit from 10/4/2004 to 4/16/2010

3) Efforts made by the inmate to informally resolve the complaint, including the names of staff he contacted:
Spoke to Mr Patrone (Records) —

4) Efforts made by staff to informally resolve the complaint:
Cannot be resolve at this level, please proceed to the next level.

Date Informally Resolved: ______ -or- Date BP-229 issued: 2/13/2020

C. Walker [signature], Counselor
Counselor Signature

Date 2/13/2020

[signature]
Unit Manager's Signature

Date

[signature]
Inmate Signature

[signature] 2/13/2020
Date received from staff

**ATTACHMENT #1**

Facts related to this request – I was arrested in Angelina County, Lufkin Texas on October 4, 2004. I was charged with two counts of armed robbery. The same day I was arrested, I was interviewed by ATF in Angelina County Jail (which house both state and federal detainees) and informed that I would be also charged in federal court with being a felon in possession of a firearm in relation with the state armed robberies. I was indicted on October 20, 2004 on the federal charge. A federal arrest warrant was issued on October 22, 2004 and I was arrested by the USM on October 29, 2004. I was sentenced in federal court on May 5, 2005. During my federal sentencing, the sentencing the judge stated "Defendant is remanded to the custody of the Federal Bureau of Prisons to begin his sentence in this case.". Next I was sentenced in state court on June 22, 2005 to 26 years in relation with the two robberies charges. On June 13, 2007 the sentence of 26 years was overturned by the Texas State Court of Appeals and I was returned back to Angelina County Jail. In September of 2007 I was resentenced to 5 years in state court. I remained in a state institution until April 16, 2010 before coming to the federal sentence. On my sentence monitoring computation data sheet I was given only 1 day prior jail credit time (October 4, 2004) the offense date.

```
  FAII6  540*23 *            SENTENCE MONITORING              *      06-24-2020
PAGE 002 OF 002 *             COMPUTATION DATA                *      08:31:14
                              AS OF 06-24-2020

REGNO..: 11189-078 NAME: DAVIS, ANDRE


-------------------------CURRENT COMPUTATION NO: 010 --------------------------

COMPUTATION 010 WAS LAST UPDATED ON 01-14-2020 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 04-29-2010 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 04-16-2010
TOTAL TERM IN EFFECT............:   188 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    15 YEARS      8 MONTHS
EARLIEST DATE OF OFFENSE........: 10-04-2004

JAIL CREDIT.....................:   FROM DATE     THRU DATE
                                    10-04-2004    10-04-2004

TOTAL PRIOR CREDIT TIME.........: 1
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 846
TOTAL GCT EARNED................: 540
STATUTORY RELEASE DATE PROJECTED: 08-21-2023
TWO THIRDS DATE.................: 09-24-2020
EXPIRATION FULL TERM DATE.......: 12-14-2025
TIME SERVED.....................:    10 YEARS      2 MONTHS      10 DAYS
PERCENTAGE OF FULL TERM SERVED..:  65.0
PERCENT OF STATUTORY TERM SERVED:  76.3

PROJECTED SATISFACTION DATE.....: 08-21-2023
PROJECTED SATISFACTION METHOD...: GCT REL
-------------------------------------------------------------------------------
REMARKS.......: 01142020,UPDTD GCT PURSUANT TO FSA.B/KRW
```

FROM 10-4-2004 to 8-4-2020

TOTAL = 15 years 10 months

GOOD TIME 540 DAYS

= 1 year 8 months

```
G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

GRAND TOTAL

= 17 years 6 Months

| | | |
|---|---|---|
| | | Heartfield. (mfr, ) (Entered: 12/15/2004) |
| 12/15/2004 | 19 | ELEMENTS of the Offense by USA as to Andre Davis (Morin, Reynaldo) (Entered: 12/15/2004) |
| 12/14/2004 | 18 | NOTICE OF HEARING as to Andre Davis Change of Plea Hearing set for 12/20/2004 01:30 PM in Ctrm 13 (Lufkin) before Magistrate Judge Harry W. McKee. (srg, ) (Entered: 12/14/2004) |
| 12/13/2004 | 17 | NOTICE OF PLEA AGREEMENT as to Andre Davis. (Morin, Reynaldo) (Entered: 12/13/2004) |
| 11/18/2004 | 16 | NOTICE OF HEARING as to Andre Davis Pretrial Conf. set for 12/20/2004 09:00 AM in Ctrm 1 (Beaumont) before Judge Thad Heartfield. Jury Selection set for 12/21/2004 09:00 AM in Ctrm 1 (Beaumont) before Judge Thad Heartfield. (mfr, ) (Entered: 11/18/2004) |
| 11/08/2004 | 15 | Arrest Warrant Returned Executed on 10/29/04 as to Andre Davis. (kjr, ) (Entered: 11/09/2004) |
| 11/02/2004 | 6 | CJA 20 as to Andre Davis : Appointment of Attorney John Wesley Tunnell for Andre Davis. Signed by Judge H. W. McKee on 10/29/2004. (mjm, ) (Entered: 11/02/2004) |
| 10/29/2004 | 14 | ORDER - PRETRIAL DISCOVERY & INSPECTION as to Andre Davis . Signed by Judge H. W. McKee on 10/29/04. (kjr, ) (Entered: 11/03/2004) |
| 10/29/2004 | 13 | ORDER RELATING TO DEFENSES, OBJECTIONS OR REQUESTS as to Andre Davis . Signed by Judge H. W. McKee on 10/29/04. (kjr, ) (Entered: 11/03/2004) |
| 10/29/2004 | 12 | ORDER as to Andre Davis Jury Selection & Trial set for 12/20/2004 09:00 AM in Ctrm 1 (Beaumont) before Judge Thad Heartfield. Signed by Judge H. W. McKee on 10/29/04. (kjr, ) (Entered: 11/03/2004) |
| 10/29/2004 | 11 | WAIVER OF DETENTION HEARING by Andre Davis (kjr, ) (Entered: 11/03/2004) |
| 10/29/2004 | 10 | WAIVER of Rights and Consent to Proceed by video conference by Andre Davis (kjr, ) (Entered: 11/03/2004) |
| 10/29/2004 | 9 | Minute Entry for proceedings held before Judge H. W. McKee : Initial Appearance as to Andre Davis held on 10/29/2004. Dft informed of rights & appointed counsel. Arraignment as to Andre Davis (1) Count 1 held and Plea entered by Andre Davis (1) Not Guilty on counts 1. Dft waived detention hearing and remanded to custody of USM. (Court Reporter Michelle Morris.) (kjr, ) (Entered: 11/03/2004) |
| 10/29/2004 | | Arrest of Andre Davis (kjr, ) (Entered: 11/03/2004) |
| 10/29/2004 | 8 | MOTION for Detention by USA as to Andre Davis. (kjr, ) (Entered: 11/03/2004) |
| 10/29/2004 | 7 | ORDER APPOINTING COUNSEL as to Andre Davis . John Tunnell |

| | | |
|---|---|---|
| | | appointed. Signed by Judge H. W. McKee on 10/29/04. (kjr, ) (Entered: 11/03/2004) |
| 10/22/2004 | 5 | ORDER granting 4 Motion for Writ of Habeas Corpus ad prosequendum as to Andre Davis (1) USM and Sheriff Angelina County Jail Shall Produce Dft for Hearing on 10/29/2004 at 10:00. Signed by Judge H. W. McKee on 10/22/2004. (rvw, ) (Entered: 10/25/2004) |
| 10/21/2004 | 4 | MOTION for Writ of Habeas Corpus ad prosequendum by USA as to Andre Davis. (Attachments: # 1)(Bales, John) (Entered: 10/21/2004) |
| 10/21/2004 | 3 | ARREST Warrant Issued by Thad Heartfield as to Andre Davis. (kjr, ) (Entered: 10/21/2004) |
| 10/20/2004 | 2 | Form AO 257 filed as to Andre Davis (kjr, ) (Entered: 10/21/2004) |
| 10/20/2004 | 1 | INDICTMENT as to Andre Davis (1) count(s) 1. (kjr, ) (Entered: 10/21/2004) |

FORMA PAUPERIS. IF YOU REQUEST THE CLERK OF THE COURT WILL PREPARE AND FILE THE NOTICE OF APPEAL ON YOUR BEHALF.

LET ME MAKE ONE OTHER MODIFICATION TO THE SENTENCE, AND THAT HAD TO DO WITH RESTITUTION. AND BECAUSE IT IS LITERALLY UNKNOWN AT THIS TIME AS TO THE NATURE, EXTENT, AND THE EXACT VICTIM UNDER THAT RESTITUTION, THE COURT STRIKES THAT PART OF THE SENTENCE RELATING TO RESTITUTION, IN THAT THAT IS NOT IMPOSED IN THIS SENTENCE.

I MAKE THE PRE-SENTENCE REPORT PART OF THE RECORD, IT'S UNDER SEAL.

ANY MOTIONS BY THE GOVERNMENT AT THIS TIME?

MR. MORIN: NO MOTIONS BY THE GOVERNMENT, YOUR HONOR.

THE COURT: BY DEFENSE.

MR. TUNNELL: NONE, YOUR HONOR.

THE COURT: DEFENDANT IS REMANDED TO THE CUSTODY OF THE FEDERAL BUREAU OF PRISONS TO BEGIN HIS SENTENCE IN THIS CASE. WE ARE ADJOURNED.

(SENTENCING CONCLUDED AT 2;20 P.M.)

* * * * * * * * * * * * * *

C E R T I F I C A T I O N

I HEREBY CERTIFY THAT THE FOREGOING IS A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER TO THE BEST OF MY ABILITY.

______________________ __________

C. FRANK MCMILLAN DATE

OFFICIAL COURT REPORTER


ANDRE' DAVIS #11189-078
FCI FAIRTON CORRECTIONAL INST.
P.O. BOX 420
FAIRTON, NJ 08320
USA
THE HONORABLE THAD HEARTFIELD
JACK BROOKS FEDERAL
BLD. & COURTHOUSE
300 WILLOW ST.
BEAUMONT TX 77701